

**SO ORDERED.**
**SIGNED this 24th day of August, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*Rachel Ralston Mancl*

Rachel Ralston Mancl
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

IN RE:       PATRICIA LYNN SLOAN                    #17-50566-RRM
Chapter 13

## ORDER

Civis Bank having failed to file a response to the Chapter 13 Trustee's Notice of Final Cure as required by Federal Bankruptcy Rule 3002.1(g); it is hereby

**ORDERED** that the debtor(s)' mortgage loan serviced by Civis Bank is hereby deemed current through the month of April 2022.

# # #

APPROVED FOR ENTRY:

s/Gwendolyn M. Kerney, w/perm ml
GWENDOLYN M. KERNEY, #7280
Chapter 13 Trustee
314 Erin Drive, Suite 201
Knoxville, TN.  37919
865-524-4995